IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 108.235.62.159

**ISP:** AT&T U-verse
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/28/2018 18:47:51 | 7F82BD81B5ABABB4B01B41EA0F35B8A93F8BC7C6 | Summertime Sex |
| 07/18/2018 05:06:05 | 99168B20226BDD6884C961109D642BFFDF06ACB9 | Honeymoon Sex |
| 12/03/2017 21:32:29 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 11/21/2017 01:51:51 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 11/21/2017 01:37:57 | B1D5C17CCC678A9A268A82ABC17DFD9010984CB1 | Born To Be Wild |
| 07/01/2017 19:46:35 | 9E4657AC26A21EF5A2A920B00E1A3C676FD403EA | Black Lace and Blonde Hair in My Bed |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

STX199